852

No. 85–5002.   OWENS v. LUTHER.   C. A. 2d Cir.   Certiorari denied.

No. 85–5004.   SCHRAMM v. CITY OF CUDAHY ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5005.   STEVENS v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 85–5006.   SOMMER v. COUNTY OF SUFFOLK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–5008.   ROBINSON v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85–5009.   MCQUEEN v. MAGGIO, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 85–5012.   WEISBRAUT v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–5014.   MILLER v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.   C. A. 6th Cir.   Certiorari denied.

No. 85–5015.   HEMBREE-BEY ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 85–5016.   MACK v. WILLIAMS ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 85–5018.   WIEBNER v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.   C. A. 3d Cir.   Certiorari denied.

No. 85–5019.   SKAGGS v. UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–5021.   SAVOCA v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5026.   BELL ET AL. v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.